AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**GUSTAVO PLATA-RETAMOZO**

## CRIMINAL COMPLAINT

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __OCTOBER 17, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

illegal reentry into the United States after deportation, subsequent to a conviction for an aggravated felony without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security.

in violation of Title __18__ United States Code, Section(s) __1326(a) and (b)(2)__.

I further state that I am __AGENT JOHN A. BRUSSEAU__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

_____
Signature of Complainant
**AGENT JOHN A. BRUSSEAU**
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                       City and State

_____        _____
Name & Title of Judicial Officer              Signature of Judicial Officer