**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

Gustavo PLATA-RETAMOZO;
also known as  Gustavo PLATA-RETAMOZO;
also known as Humberto PALATA-RETAMOSO;
also known as Humberto RETAMOCO

I, John A. Brusseau, after being duly sworn, depose and state:

1. I am an Agent with the United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE) formerly known as the United States Immigration and Naturalization Service (INS). I am currently assigned to the Investigation Division for the Washington, D.C. SAC Office. I have been employed by ICE since July 2003, and was previously employed by the INS from January 1998 though September 1999.

2. My duties as an Agent with ICE include, but are not limited to, investigating Criminal violations of Federal Criminal Code; Administrative and Criminal violations of the Immigration and Nationality Act; and, violations of other related statutes. I have received extensive training and experience in investigation and enforcement of Federal Criminal and Immigration laws of the United States.

3. The facts and information contained in this affidavit are based upon my personal knowledge, as well as observations of other agents involved in this investigation. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation.

4. This affidavit contains information necessary to support probable cause for this application. This affidavit is not intended to include each and every fact and matter observed by me or known to the Government.

5. This affidavit is submitted in support of a criminal complaint charging Gustavo PLATA-RETAMOZO; also known as Gustavo PALATA-RETAMOZO; also known as Humberto PALATA-RETAMOSO; also known as Humberto RETAMOCO, with violating Title 8, United States Code, Section 1326(a) and (b)(2), illegal reentry into the United States after deportation, subsequent to a conviction for an aggravated felony.

6. Your affiant has reviewed documents from Alien file number Axxxxxxxx assigned to PLATA-RETAMOZO, which revealed that on or about November 1, 1994, PLATA-RETAMOZO entered the United States at or near Miami, Florida.

1

7. On or about January 15, 2005, PLATA-RETAMOZO was convicted of Theft II in case # M6579-03 in the Superior Court for the District of Columbia in violation of 22 DC Code, Section 3211(b) (2001 ed.). PLATA-RETAMOZO was sentenced to 180 Days incarceration for this offense.

8. On or about January 15, 2005, PLATA-RETAMOZO was convicted of Destruction of Property in case # M6579-03 in the Superior Court for the District of Columbia in violation of 22 DC Code, Section 303 (2001 ed.). PLATA-RETAMOZO was sentenced to 180 Days incarceration for this offense.

9. On or about January 15, 2005, PLATA-RETAMOZO was convicted of a violation of the Bail Reform Act in case # F2424-03 in the Superior Court for the District of Columbia in violation of 23 DC Code, Section 1327(a). The underlying charge for this offense was Burglary II, 22 DC Code, Section 801, punishable by imprisonment of not less than 2 years. PLATA-RETAMOZO was sentenced to 180 Days incarceration for this offense. This conviction is considered to be an Aggravated Felony under the Immigration and Nationality Act (INA).

10. On or about April 15, 2005, PLATA-RETAMOZO was deported from the United States from Miami, Florida pursuant to an order of deportation. Prior to his deportation, PLATA-RETAMOZO signed a Warrant of Removal/Deportation (I-205), and a Warning to Alien Ordered Removed or Deported (I-294). Before deportation, PLATA-RETAMOZO affixed his fingerprint to, and signed both documents. A duly sworn United States Immigration Officer witnessed the departure of PLATA-RETAMOZO.

11. On October 17, 2005, PLATA-RETAMOZO was found in the United States when he was arrested in Washington, D.C. On this day, PLATA-RETAMOZO gave a sworn statement that he reentered the United States without permission sometime in July 2005, at or near Douglas, Arizona.

12. On or about October 17, 2005, your affiant compared photographs of PLATA-RETAMOZO taken this day with photographs of the PLATA-RETAMOZO found in Alien file A96450520 and found them of the same person.

13. Based on the above stated information, your affiant concluded that PLATA-RETAMOZO is in fact the same Gustavo PLATA-RETAMOZO; also known as Gustavo PALATA-RETAMOZO; also known as Humberto PALATA-RETAMOSO; also known as Humberto RETAMOCO, previously deported from the United States on April 15, 2005 from Miami, Florida.

14. Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe Gustavo PLATA-RETAMOZO; also known as Gustavo PALATA-RETAMOZO; also known as Humberto PALATA-RETAMOSO; also known as Humberto

RETAMOCO is: (1) an alien who was arrested and previously deported from the United States, after conviction for an aggravated felony; and, (2) present in the United States after previously being deported from the United States, in violation of 1326(a) and (b)(2), illegal reentry into the United States after deportation, subsequent to a conviction for an aggravated felony without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security, or his delegate, as required by Title 6, United States Code, Sections 557 & 202(4).

15. In consideration of the facts presented, your affiant respectfully requests that this Court issue a criminal complaint for Gustavo PLATA-RETAMOZO is in fact the same PLATA-RETAMOZO; also known as Gustavo PLATA-RETAMOZO; also known as Humberto PALATA-Retamoso; also known as Humberto RETAMOCO.

_____
John A. Brusseau, Agent
United Stated Department of Homeland Security
U.S. Immigration and Customs Enforcement

Subscribed and sworn before me this 17th day of October 2005.

_____
United States Magistrate Judge

3