AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA
v.
GUSTAVO PLATA-RETAMOZO
DOB:

(Name and Address of Defendant)

**AMENDED CRIMINAL COMPLAINT**

FILED
OCT 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05-0536M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __OCTOBER 17, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

illegal reentry into the United States after deportation, subsequent to a conviction for an aggravated felony without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security.

in violation of Title __8__ United States Code, Section(s) __1326(a) and (b)(2)__.

I further state that I am __AGENT JOHN A. BRUSSEAU__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
AGENT JOHN A. BRUSSEAU
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

OCT 1 8 2005                            at  Washington, D.C.
Date                                         City and State
ALAN KAY
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer        Signature of Judicial Officer