AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.
GUSTAVO PLATA-RETAMOZO

**FILED**
OCT 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 05-0536M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___GUSTAVO PLATA-RETAMOZO___
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Reentry After Deportation Subsequent to Conviction of Aggravated Felony**

in violation of Title __8__ United States Code, Section(s) __1326 (a) and (B)(2)__

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

OCT 17 2005   District of Columbia
Date and Location

Bail fixed at $ _HOLD_  by [signature]
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | Receiving Officer DUSM Shane Eskridson | [signature] |
| DATE OF ARREST 10-17-05 | | |

Warrant returned executed on 10-18-05.